IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMC Corporation and<br>EMC Israel Development Center, Ltd.,<br><br>               Plaintiffs,<br><br>v.<br><br>Zerto, Inc.<br><br>               Defendant. | Civil Action No. 12-956-GMS |

# **VERDICT FORM**

# I.     PATENT INFRINGEMENT

## A.     Infringement of U.S. Patent Number 7,577,867 ("the '867 patent")

### 1.     Has EMC proven, by a preponderance of the evidence, that Zerto has directly infringed claim 45 of the '867 patent?

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____✓_____          No_____

### 2.     Has EMC proven, by a preponderance of the evidence, that at least one of Zerto's customers has directly infringed claim 45 of the '867 patent?

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____          No_____✓_____

***Please answer question 3 only if you answered "Yes" to question 2.***

### 3.     Has EMC proven, by a preponderance of the evidence, that Zerto has induced at least one customer's direct infringement of claim 45 of the '867 patent?

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____          No_____

### 4.     If you answered "Yes" to Question 1 or 3, has EMC proven, by clear and convincing evidence, that the infringement was willful?

Yes_____          No_____✓_____

**B.** **Infringement of U.S. Patent Number 7,467,460 (the '460 patent)**

**1.** **Has EMC proven, by a preponderance of the evidence, that at least one of Zerto's customers has directly infringed any Asserted Claim of the '460 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____✓_____        No_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____        Claim 38: __✓__        Claim 42: _____        Claim 44: _____

*__Please answer questions 2 and 3 only if you answered "Yes" to question 1.__*

**2.** **Has EMC proven, by a preponderance of the evidence, that Zerto has induced at least one customer's direct infringement of any Asserted Claim of the '460 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____        No_____✓_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____        Claim 38: _____        Claim 42: _____        Claim 44: _____

**3.** **Has EMC proven, by a preponderance of the evidence, that Zerto has contributed to at least one customer's direct infringement of any Asserted Claim of the '460 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____✓_____        No_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____        Claim 38: __✓__        Claim 42: _____        Claim 44: _____

**C.     Infringement of U.S. Patent Number 6,073,222 (the '222 patent)**

**1.     Has EMC proven, by a preponderance of the evidence, that at least one of Zerto's customers has directly infringed claim 1 of the '222 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____          No_____✓_____

*__Please answer questions 2 and 3 only if you answered "Yes" to question 1.__*

**2.     Has EMC proven, by a preponderance of the evidence, that Zerto has induced at least one customer's direct infringement of claim 1 of the '222 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____          No_____

**3.     Has EMC proven, by a preponderance of the evidence, that Zerto has contributed to at least one customer's direct infringement of claim 1 of the '222 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____          No_____

### D.   Infringement of U.S. Patent Number 7,603,395 (the '395 patent)

**1.    Has EMC proven, by a preponderance of the evidence, that at least one of Zerto's customers has directly infringed any Asserted Claim of the '395 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____✓_____          No_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____          Claim 2: __✓___          Claim 8: _____

*Please answer questions 2 and 3 only if you answered "Yes" to question 1.*

**2.    Has EMC proven, by a preponderance of the evidence, that Zerto has induced at least one customer's direct infringement of any Asserted Claim of the '395 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____          No____✓_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____          Claim 2: _____          Claim 8: _____

**3.    Has EMC proven, by a preponderance of the evidence, that Zerto has contributed to at least one customer's direct infringement of any Asserted Claim of the '395 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____✓_____          No_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____          Claim 2: __✓___          Claim 8: _____

**E.** **Infringement of U.S. Patent Number 7,791,091 (the '091 patent)**

**1.** **Has EMC proven, by a preponderance of the evidence, that at least one of Zerto's customers has directly infringed any Asserted Claim of the '091 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____✓_____     No_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____     Claim 5: __✓__

*Please answer questions 2 and 3 only if you answered "Yes" to question 1.*

**2.** **Has EMC proven, by a preponderance of the evidence, that Zerto has induced at least one customer's direct infringement of any Asserted Claim of the '091 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____     No____✓_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____     Claim 5: _____

**3.** **Has EMC proven, by a preponderance of the evidence, that Zerto has contributed to at least one customer's direct infringement of any Asserted Claim of the '091 patent?**

*Checking "yes" below indicates a finding for EMC.*
*Checking "no" below indicates a finding for Zerto.*

Yes_____✓_____     No_____

If you answered "Yes," please mark the claim(s) you found to be infringed:

Claim 1: _____     Claim 5: __✓__

**VALIDITY**

    **F.**    <u>Validity of U.S. Patent Number 7,467,460 (the '460 patent)</u>

        **1.**    **Has Zerto proven, by clear and convincing evidence, that any Asserted Claim of the '460 patent is anticipated by a single prior art reference?**

        *Checking "yes" below indicates a finding for Zerto.*
        *Checking "no" below indicates a finding for EMC.*

        Yes_____        No_____✓_____

        If you answered "Yes" to this question, please mark the claim(s) you found to be

anticipated:

        Claim 1: _____    Claim 38: _____

        Claim 42: _____    Claim 44: _____

        **2.**    **Has Zerto proven, by clear and convincing evidence, that any Asserted Claim of the '460 patent would have been obvious at the time of the invention to a person of ordinary skill in the art?**

        *Checking "yes" below indicates a finding for Zerto.*
        *Checking "no" below indicates a finding for EMC.*

        Yes_____        No_____✓_____

        If you answered "Yes" to this question, please mark the claim(s) you found to be

obvious:

        Claim 1: _____    Claim 38: _____

        Claim 42: _____    Claim 44: _____

**G.**   **Validity of U.S. Patent Number 6,073,222 (the '222 patent)**

**1.**   **Has Zerto proven, by clear and convincing evidence, that claim 1 of the '222 patent is anticipated by a single prior art reference?**

*Checking "yes" below indicates a finding for Zerto.*
*Checking "no" below indicates a finding for EMC.*

Yes_____          No_____✓_____

**H.    Validity of U.S. Patent Number 7,603,395 (the '395 patent)**

    **1.    Has Zerto proven, by clear and convincing evidence, that any Asserted Claim of the '395 patent would have been obvious at the time of the invention to a person of ordinary skill in the art?**

*Checking "yes" below indicates a finding for Zerto.*
*Checking "no" below indicates a finding for EMC.*

Yes_____          No_____✓_____

If you answered "Yes" to this question, please mark the claim(s) you found to be

obvious:

    Claim 1: _____          Claim 2: _____          Claim 8: _____

I.      **Validity of U.S. Patent Number 7,791,091 (the '091 patent)**

      1.      **Has Zerto proven, by clear and convincing evidence, that any Asserted Claim of the '091 patent would have been obvious at the time of the invention to a person of ordinary skill in the art?**

      *Checking "yes" below indicates a finding for Zerto.*
      *Checking "no" below indicates a finding for EMC.*

      Yes_____        No_____✓_____

      If you answered "Yes" to this question, please mark the claim(s) you found to be

obvious:

      Claim 1: _____    Claim 5: _____

## II.   DAMAGES

1.   **If you found that Zerto infringed at least one Asserted Claim of any Asserted Patent(s), and that the infringed claim(s) was not invalid, state the amount of damages that you find EMC has proven it is entitled to by a preponderance of the evidence.**

Damages: $ 585,783.00

SEALED